UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 2:06cr20440-2-B**

**STEVEN WAYNE IVY**

_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

• Linda Garner, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

• All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis, this 23rd day of May, 2006.

_____s/ James H. Allen_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
STEVEN WAYNE IVY